```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    JAMES M. LEFT (Cal. SBN: 173382)
 4  Special Assistant United States Attorney
    Domestic Security & Immigration Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California  90012
         Telephone: (213) 894-6875
 7       Facsimile: (213) 894-0141
         E-mail: james.m.left@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
FEB 26 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 08-410M |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER FOR |
| v. | ) DESIGNATING AND DETAINING |
| | ) MATERIAL WITNESSES WITH |
| CHIN YONG TAN, | ) APPEARANCE BOND SECURED BY |
| | ) THIRD PARTY AFFIDAVIT OF |
| Defendant. | ) SURETY WITHOUT JUSTIFICATION |

FOR GOOD CAUSE SHOWN, and pursuant to 18 U.S.C. § 3144, IT IS HEREBY ORDERED that the following person is hereby declared to be a material witness in the above-captioned case:

   1.   Bing Qing Liu

IT IS HEREBY FURTHER ORDERED that this aforementioned material witness shall be bound over to the custody of the United States Marshal, Central District of California, or in the alternative, released under the following conditions to assure her presence at trial:

//

1     (1) the furnishing of a $5,000 appearance bond secured by a third-party affidavit of surety without justification (with approval of the surety by Pre-trial Services); and

    (2) Pre-trial Services supervision.

DATED: 2/26/08

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
JAMES M. LEFF
Special Assistant United States Attorney